(9) continued *p. 450. *Journal 5:* (10) Continued *p. 33; (11) jury ordered summoned to assess damages *p. 48; (12) damages remitted, judgment for costs *p. 63.

PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) declaration; (4–6) subpoenas; (7) venire facias.

*1824–36 Calendar,* MS p. 94.

## BANK OF MICHIGAN *versus* GABRIEL GODFROY.

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Motion to take off default *p. 101; (2) default taken off, time to plead *p. 103; (3) continued *p. 137; (4) continued *p. 190; (5) discontinued *p. 239.

PAPERS IN FILE: (1) Precipe for summons; (2) summons, acknowledgment of service; (3) declaration; (4) affidavit for time to plead.

*1824–36 Calendar,* MS p. 97.

## BANK OF MICHIGAN *versus* STEPHEN MACK.

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Motion to take off default *p. 101; (2) default taken off, time to plead *p. 103; (3) continued *p. 137; (4) continued *p. 190; (5) abated, dismissed *p. 239.

PAPERS IN FILE: (1) Precipe for summons; (2) summons, acknowledgment of service; (3) declaration; (4) affidavit for time to plead.

*1824–36 Calendar,* MS p. 98.

## BANK OF MICHIGAN *versus* AUSTIN E. WING.

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Motion to take off default *p. 101; (2) default taken off, time to plead *p. 103; (3) continued *p. 137; (4) continued *p. 190; (5) discontinued *p. 239.

PAPERS IN FILE: (1) Precipe for summons; (2) summons, acknowledgment of service; (3) declaration; (4) affidavit for time to plead; (5) stipulation for time to plead, etc.

*1824–36 Calendar,* MS p. 99.

72

rule on representatives extended *p. 239; (6) rule on representatives extended *p. 333; (7) abated *p. 414.

PAPERS IN FILE: (1) Agreement for amicable suit, security for costs; (2) declaration; (3) motion for rule on clerk to issue notice to representatives of deceased defendant.

*1824–36 Calendar*, MS p. 103.

## SETH TAFT *versus* ANDREW WESBROOK.

JOURNAL ENTRIES (1826): *Journal 4:* (1) Rule to strike from docket *p. 101.

PAPERS IN FILE: (1) Precipe for capias; (2) affidavit for bail; (3) capias and return.

*1824–36 Calendar*, MS p. 105.

## MARK LUCE *versus* GEORGE POSTAL.

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Rule to assign errors *p. 102; (2) continued *p. 115; (3) continued *p. 138; (4) case argued, submitted *p. 153; (5) judgment reversed *p. 164.

PAPERS IN FILE: (1) Precipe for writ of error; (2) writ of error, transcript of record; (3) assignment of errors, joinder.

*1824–36 Calendar*, MS p. 112. Recorded in *Book C*, MS pp. 113-8.

## EPHRAIM CHEESBROUGH AND JAMES J. VAN ALEN *versus* HENRY J. HUNT.

JOURNAL ENTRIES (1826–30): *Journal 4:* (1) Death suggested *p. 101; (2) continued *p. 137; (3) rule to issue notice to representatives of deceased defendant *p. 138; (4) rule on representatives to make themselves parties *p. 191; (5)